### HUNTER *against* GRAVES.

MOTION to set aside the return to a writ of certiorari to a Justice's Court, on the ground that the return was drawn by the attorney for the defendant in error; and *Fox* v. *Johnson*, (3 Cowen's Rep. 20,) was relied upon.

*J. L. Lathrop*, for the motion.

*C. P. Kirkland*, contra.

*Curia.* The farthest we have gone, is in *Fox* v. *Johnson*. We do not allow the attorney of the plaintiff in error to interfere in drawing the return, except as a mere amanuensis ;(a) because he is seeking to reverse the judgment. The defendant's attorney is seeking for its affirmance, which is more favored by the law. The mere fact, therefore, that the defendant's attorney drew the return, without any abuse being shown, is not sufficient ground for setting it aside.

Motion denied.

(a) Vid. *Philips* v. *Caswell*, ante, 505.

A return to a certiorari will not be set aside merely on the ground that it was drawn by the attorney for the defendant in error; *aliter*, if drawn by the plaintiff's attorney